IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DYLAN C WILMOTH**                                                                                      **PLAINTIFF**

v.                            CASE NO. 3:23-CV-00159-BSM

**SOCIAL SECURITY ADMINISTRATION**
*Commissioner*                                                                                               **DEFENDANT**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 10] is adopted. The commissioner's decision is affirmed, and Dylan Wilmoth's case is dismissed with prejudice.

IT IS SO ORDERED this 26th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE