IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DYLAN C WILMOTH**                                                                                          **PLAINTIFF**

**v.**                                  **CASE NO. 3:23-CV-00159-BSM**

**SOCIAL SECURITY ADMINISTRATION**
*Commissioner*                                                                                                      **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 26th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE